

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jimmy Lewis Smith, Jr., d/b/a J&J Tubular,
Appellant

No. 06-19-00056-CV          v.

Pro-Test, Inc., and Steve Stidham,
Appellees

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2012-118-CCL2). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Jimmy Lewis Smith, Jr., d/b/a J&J Tubular, pay all costs of this appeal.

RENDERED SEPTEMBER 24, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk